**THE LEGAL AID SOCIETY**

199 Water Street
New York, NY 10038
(212) 577-3300
https://www.legalaidnyc.org

August 28, 2025

Alan Levine
*President*

Zachary W. Carter
*Chairperson of the Board*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

VIA ECF

Hon. Lorna G. Schofield
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *Abankwa v. Waide Law Offices PLLC*, 25-cv-6073-LGS
      Letter Motion Seeking Adjournment

Dear Judge Schofield,

I am represent the Plaintiff in the above-reference matter. Pursuant to the Court's scheduling order filed on July 28, 2025, the parties are to provide a joint letter by September 2, 2025, and attend a conference on September 9, 2025. I write this letter to request an adjournment of 30 days to permit Defendant time to obtain counsel.

The Defendant has submitted notice of this matter to its insurer and expects that its insurer will provide defense counsel. There has been no prior request for an adjournment, and Defendant has consented to this request. Accordingly, we request an adjournment of 30 days to October 2, 2025, and October 9, 2025, or such other dates as fit the Court's calendar to allow sufficient time for Defendant to obtain counsel and for the parties' counsel to confer on the content of the joint letter.

Sincerely,

*/s/ Joseph Rebella*
Joseph Rebella
*Supervising Attorney*
The Legal Aid Society
260 E. 161st Street, 8th Floor
Bronx, NY 10451
(917) 364-5453
jrebella@legal-aid.org

Application **GRANTED**.  The initial pretrial conference is **ADJOURNED** to **3:30 pm on October 14, 2025**.  Pre-conference filings are due by **October 7, 2025**.

Dated: August 28, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Justice in Every Borough.