**THE LEGAL AID SOCIETY**

Bronx Neighborhood Office
260 E. 161st Street, 8th Floor
Bronx, NY 10451

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
Civil Practice

October 4, 2025

VIA ECF

Hon. Lorna G. Schofield
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  *Abankwa v. Waide Law Offices PLLC*, 25-cv-6073-LGS
      Letter Motion Seeking Adjournment

Dear Judge Schofield,

I represent the Plaintiff in the above-reference matter. I write this letter to request an adjournment of 14 days to allow Defendant's recently retained Counsel time to confer with their client. Defendant's Counsel has consented to this request.

This matter was adjourned once previously, from September 9, 2025 to October 14, 2025, for Defendant to obtain counsel through their insurer. Pursuant to the Court's latest scheduling order, the parties are to provide a joint letter by October 7, 2015, and attend a conference on October 14, 2025.

We request an adjournment of 14 days to October 21, 2025, and October 28, 2025, or such other dates as fit the Court's calendar, to allow sufficient time for Defendant to reach their client and for the parties' counsel to confer on the content of the joint letter.

Sincerely,

*/s/ Jeanne Schoenfelder*
Jeanne Schoenfelder
Staff Attorney
The Legal Aid Society
jschoenfelder@legal-aid.org
(646) 276-8584

Application **GRANTED**. The initial pretrial conference is adjourned to **October 28, 2025, at 3:30 pm**. The parties pre-conference filings are due by **October 21, 2025**. So Ordered.

Dated: October 6, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Justice in Every Borough.*