UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCIS ABANKWA,

                        Plaintiff,                                 **25 Civ. No. 6073 (LGS)**

      -against-                                       **PRE-SETTLEMENT
CONFERENCE ORDER**

WAIDE LAW OFFICES PLLC,

                        Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Thursday, November 20, 2025 at 11:30 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 213 646 944#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
                October 24, 2025

                                                                 _____
                                                                 The Honorable Gary Stein
                                                                 United States Magistrate Judge